In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-160 CV


____________________



IN THE INTEREST OF N.C.R., A CHILD






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-185569






MEMORANDUM OPINION (1)


 Sheila Chandelle Roy, appellant, filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. 

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM

Opinion Delivered June 24, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.